**E-FILED**
Thursday, 19 October, 2006  11:41:51 AM
Clerk, U.S. District Court, ILCD

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

OCT 1 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-40111 |
| v. ) | |
| ) | **VIO: Title 8, United States Code,** |
| CRISOFORO SOSA-GARCIA, ) | **Sections 1326(a), and Title 6,** |
| a.k.a. Amado Molina, ) | **United States Code, Sections** |
| a.k.a. Nathan Anthony Castillo, ) | **202(3), (4), and 557** |
| a.k.a. Steve John Perez, ) | |
| a.k.a. Gabriel Rivera, ) | |
| a.k.a. Christopher Sosa, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 27, 2006, at Rock Island, in Rock Island County, in the Central

District of Illinois, the defendant,

**CRISOFORO SOSA-GARCIA,**
**a.k.a. Amado Molina,**
**a.k.a. Nathan Anthony Castillo,**
**a.k.a. Steve John Perez,**
**a.k.a. Gabriel Rivera,**
**a.k.a. Christopher Sosa,**

an alien, a native and citizen of Mexico, having been previously deported and removed from the

United States on March 5, 2004, at Laredo, Texas, on September 10, 2004 at El Paso, Texas, and

on March 14, 2005, at Del Rio, Texas, was found to be in the United States without the Attorney

General or his successor, the Secretary of the Department of Homeland Security, having expressly

consented to such alien's reapplying for admission into the United States, all in violation

of Title 8, United States Code, Sections 1326(a), and Title 6, United States Code, Sections 202(3),

(4), and 557.

**A TRUE BILL**

S/Foreperson

**FOREPERSON**

S/K. Tate Chambers

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
**JKM**