# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff ) | |
| ) | |
| ) | CASE NO. **06-40111** |
| ) | |
| **Crisoforo Sosa-Garcia** ) | |
| Defendant ) | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00pm** on **Friday, 12/1/06 in Rock Island**.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, 12/18/06 in Rock Island**

at

[ ] Peoria, Illinois

[X] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 24th day of October, 2006.

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE