# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 03 November, 2006 08:45:24 AM
Clerk, U.S. District Court, ILCD

2006 OCT 23 A 11: 28
US MARSHAL SERVICE

FILED
NOV 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| vs | ) | |
| | ) | CASE NO. 06-40111 |
| Crisoforo Sosa-Garcia | ) | |
| Defendant | ) | |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Crisoforo Sosa-Garcia, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with Re-Entry of a Deported Alien in violation of Title 8, United States Code, Section(s) 1326(a).

**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

S/John M. Waters
Signature of Issuing Officer

10/18/06 at Rock Island, IL
Date and Location

Bail fixed at $ **None** by U.S. Magistrate Judge John A. Gorman.

### RETURN
This warrant was received and executed with the arrest of the above named defendant at  Rock Island

| Date Received 10/23/06 | Name of Arresting Officer  Stuart Kuntz | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/24/06 | Title of Arresting Officer  ICE S/A | S/Larry Hollis |